IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**CHRISTOPHER GUTHRIE and SHANE**                    **PLAINTIFFS**
**NORTH, Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.                          No. 5:22-cv-485-PRW

**SMART OILFIELD SOLUTIONS, LLC**                         **DEFENDANT**

### NOTICE OF FILING

On October 13, the Court ordered the parties to meet and confer on the content of the Notice to be sent to the potential opt-in plaintiffs in accordance with the determinations made in the Court's Order on Plaintiff's Motion for Conditional Certification and Notice to Class Members. ECF No. 25. The parties have met and conferred and attached as Exhibit 1 is an amended proposed Notice consistent with the Court's Order.

Respectfully submitted,

**CHRISTOPHER GUTHRIE and
SHANE NORTH, Each Individually
and on behalf of All Others
Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com