IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER GUTHRIE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-22-485-PRW |
| SMART OILFIELD SOLUTIONS, LLC, | ) |
| Defendant. | ) |

**ORDER**

In a previous Order (Dkt. 25), the Court directed the parties to meet and confer to finalize the proposed Notice to be sent to potential opt-in plaintiffs in this suit. The parties have done so, and provide the Court a copy of the final proposed Notice (Dkt. 26). Upon review, the Court **APPROVES** the proposed Notice for distribution to potential opt-in plaintiffs consistent with the procedures discussed in the prior Order (Dkt. 25).

**IT IS SO ORDERED** this 28th day of November 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE