IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER GUTHRIE and SHANE NORTH, Each Individually and on Behalf of All Others Similarly Situated                                    PLAINTIFFS

vs.                          No. 5:22-cv-485-PRW

SMART OILFIELD SOLUTIONS, LLC                                    DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a salaried Pump Supervisor for Smart Oilfield Solutions LLC on or after June 14, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

JOSE RODRIGUEZ
PRINTED NAME

Date: 12/15/23

Sean Short, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
sean@sanfordlawfirm.com
*Lead Counsel for Plaintiff*



**IMPORTANT: RETURN FOR FILING BEFORE FEBRUARY 3, 2024**