## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**JUNE STATUS AND SCHEDULING CONFERENCE DOCKET**
for
Judge Patrick R. Wyrick

**Wednesday, June 4, 2025**

1. Your status and scheduling conference will be held in Judge Wyrick's Chambers, on the 5th floor, of the William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

2. You must confer with the opposing party and prepare a Joint Status Report and Discovery Plan, and file it on or before **Wednesday, May 28, 2025**.

3. You must state in the Joint Status Report whether you have complied with Local Rule 26.1. Strict compliance with Local Rule 16.1 and 26.1 is expected.

4. At the conference, be prepared to report whether you have exchanged discovery.

5. To the extent that the parties wish to submit an Agreed Protective Order pursuant to Section 8(F) of the Joint Status Report and Discovery Plan, attach the Agreed Protective Order to the Joint Status Report and Discovery Plan when it is filed and submit the proposed Agreed Protective Order in Word format to the Judge via the Judge's orders email inbox at: wyrick-orders@okwd.uscourts.gov

6. If you are not a local attorney, you may appear by telephone, so long as you seek leave to do so by motion at least two days prior to the conference.

7. Please note that a valid photo identification is required to enter the federal courthouse building.

---

**9:30 a.m.**

| | | |
|---|---|---|
| CIV-22-485-PRW | Christopher Guthrie, et al. | Colby Qualls<br>Sean Short |
| | v. | |
| | Smart Oilfield Solutions LLC | Alyssa Lankford<br>Philip Bruce |

**9:50 a.m.**

|  | CIV-24-73-PRW | Soyoko Hebert, et al. | Andrew Van Paasschen<br>Kirk Olson |
|---|---|---|---|
|  |  | v. |  |
|  |  | GCL Enterprises LLC, et al. | Kevin Trout<br>Michael Dial |

**10:10 a.m.**

|  | CIV-24-268-PRW | Fabian Eddy Gray, et al. | Derek Franseen |
|---|---|---|---|
|  |  | v. |  |
|  |  | Nicholas Mills, et al. | Alejandra Brigida<br>Gary James<br>Kevin McClure |

**10:30 a.m.**

|  | CIV-24-420-PRW | Locke Supply Company, et al. | Maurice Woods |
|---|---|---|---|
|  |  | v. |  |
|  |  | City of Oklahoma City | Steven Barker<br>J Kelly Work<br>Mark White |

**10:50 a.m.**

|  | CIV-24-604-PRW | Ralph Lightfoot, et al. | Keith Givens<br>Steven Mansell |
|---|---|---|---|
|  |  | v. |  |
|  |  | Safeco Insurance Company<br>of America, et al. | Margo Shipley<br>William O'Connor<br>Kristen Evans |

**11:10 a.m.**

|  | CIV-24-1321-PRW | All About Kids LLC | Joseph DeGiusti<br>Weston O'Black<br>Daniel Wilson<br>Justin Nelson |
|---|---|---|---|
|  |  | v. |  |
|  |  | United States of America | Nathan Baney<br>Richard Rose |

**11:30 a.m.**

| | | |
|---|---|---|
| CIV-25-172-PRW | XPO Inc | Kayla Finnegan<br>P Scott Hathaway |
| | v. | |
| | Waverly Construction<br>of Alabama LLC, et al. | Tadd Bogan<br>Jerome Speegle |

**11:50 a.m.**

| | | |
|---|---|---|
| CIV-25-211-PRW | Jimmy Wilkerson | Roy Dickinson |
| | v. | |
| | UNUM Life Insurance<br>Company of America | Matthew Kane<br>Phillip Whaley |