IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER GUTHRIE and SHANE NORTH, Each Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>) | |
| ) | Case No. 5:22-cv-485-PRW |
| Plaintiffs, ) | |
| ) | |
| SMART OILFIELD SOLUTIONS, LLC ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT AND MOTION TO STRIKE SCHEDULING CONFERENCE

Pursuant to LCvR 7.1(J), Plaintiffs and Defendant (collectively the Parties), hereby submit this Joint Status Report and Motion to Strike Scheduling Conference. The Parties have reached a tentative settlement agreement and are finalizing the terms of the settlement. The parties anticipate they will file a Motion for Approval of the Settlement on or before June 19, 2025. To preserve judicial resources, the Parties request that the Court strike the status and scheduling conference set for June 4, 2025 (Doc. No. 30). In support of this Motion the Parties state as follows:

1.  Plaintiffs filed their Complaint on June 14, 2022 (Doc. No. 1). Plaintiffs also filed a Summons on June 14, 2022 (Doc. No. 2). On August 22, 2022, Plaintiffs filed a Motion for Extension of Time for Service of Process on August 22, 2022, stating they had been unable to serve Defendant (Doc. No. 3). The Motion was granted on August 22, 2022 (Doc. No. 4).

2.  Plaintiffs filed a Returned Summons on November 11, 2022, showing that Defendant had been served on November 2, 2022.

3. Defendant answered on December 5, 2022.

4. On October 13, 2023, the Court granted in part and denied in part Plaintiffs' Motion for Conditional Certification (Doc. No. 25). On November 28, 2023, the Court approved the Notice to be sent to potential opt-in plaintiffs (Doc No. 27).

5. Thereafter, Plaintiffs sent the class Notice to the putative class members. In addition to the named Plaintiffs, two individuals filed a consent to join (Doc. Nos. 28-29), thus resulting in four Plaintiffs.

6. The Parties exchanged informal discovery, including pay records, and engaged in settlement negotiations. The Parties reached a tentative settlement agreement on April 24, 2025 and exchanged drafts of the settlement agreement. The Parties anticipate finalizing the settlement agreement and filing a motion for approval on or before June 19, 2025.

7. Because the Parties have reached a tentative settlement, will seek the Court's approval of the settlement, and anticipate the Court may set an approval hearing, they request that they be excused from filing the standard Joint Status Report and Discovery Plan and that the scheduling conference be stricken.

8. There are no scheduled trial or other case deadlines. No scheduling order has been provided in this matter. Consequently, if granted, the requested will have no impact on any trials or scheduled deadlines.

9. A proposed order granting this Motion is submitted contemporaneously herewith.

For the reasons set forth above, the Parties respectfully requests that the Court strike the scheduling conference set for June 4, 2025.

Respectfully submitted,

s/ *Philip R. Bruce*
Philip R. Bruce, OBA # 30504
Alyssa N. Lankford, OBA # 33944
McAfee & Taft A Professional Corporation
Eighth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  731020-7103
Telephone: (405) 235-9621
Facsimile:  (405) 235-0439
philip.bruce@mcafeetaft.com
alyssa.lankford@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT**
**SMART OILFIELD SOLUTIONS, L.L.C**

And

s/ *Sean Short*
Sean Short, Ark. Bar No. 2015079
Sanford Law Firm, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211
Telephone: (800) 615-4946
Facsimile:  (888) 787-2040
sean@sanfordlawfirm.com

**ATTORNEY FOR PLAINTIFFS**