IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Date: May 22, 2025

| | |
|---|---|
| CHRISTOPHER GUTHRIE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-22-485-PRW |
| | ) |
| SMART OILFIELD SOLUTIONS LLC, | ) |
| | ) |
| Defendant. | ) |

**ENTER ORDER:**

    Before the Court is the parties' Joint Status Report and Motion to Strike Scheduling Conference (Dkt. 31), filed May 21, 2025. Upon review of the request, the Court **GRANTS** the Motion (Dkt. 31) and **STRIKES** the Status and Scheduling Conference scheduled for June 4, 2025 at 9:30 a.m. The parties are excused from filing the standard Joint Status Report and Discovery Plan.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

                                                   JOAN KANE, Court Clerk

                                                   By:  s/*Emily Wilkinson*
                                                            Deputy Clerk