**THOMSON REUTERS**
**WESTLAW PRECISION**

All content    Enter terms, citations,    All Federal    Parallel Search Advanced    Sign out

# Oates v. Kinder Morgan Energy Partners LP
5:19CV01171   (Approx. 63 pages)

**Document** | Filings (2) | Related Opinions/Dockets (8) | Timeline (1)

Go to    Summarize docket    Request Multiple PDFs

To order copies of any documents listed below, contact Court Express

courtexpress@thomsonreuters.com, 1-877-362-7387 (Additional charges apply)

**This docket is current through 12/05/2024**

Today's Date: 7/21/2025
Source: U.S. District Court, Western District of Oklahoma (Oklahoma City)
To retrieve an updated version of this docket, click    UPDATE

| Court: | U.S. District Court, Western District of Oklahoma (Oklahoma City) |
|---|---|
| Case Title: | Oates v. Kinder Morgan Energy Partners LP |
| Case: | 5:19-CV-01171 |
| Judge: | Honorable Scott L. Palk |
| Date Filed: | 12/19/2019 |
| Date Closed/Terminated: | 06/27/2024 |

## SYNOPSIS INFORMATION

| Allegations: | Class action. Plaintiff seeks recovery of unpaid overtime compensation. |
|---|---|
| Damages: | Class action certification, liquidated damages, interest, fees, and costs. |
| COMPLAINT (MANUALLY RETRIEVED) | Original Image of this Document (PDF) |

## CASE INFORMATION

| Case Number: | 5:19CV01171 |
|---|---|
| Jury Demand: | Plaintiff |
| Nature of Suit: | Labor: Fair Labor Standards Act (710) |
| Key Nature of Suit: | Labor & Employment; FLSA (190.25) |
| Key Nature of Suit: | Class Action (115) |
| Jurisdiction: | Federal Question |
| Cause: | 05 USC 551 Administrative Procedure Act |

## PARTICIPANT INFORMATION                                    Expand   Back to top

**David M Oates**


CoCounsel

| Kinder Morgan Energy Partners LP |
|---|
| Natural Energy Field Services, LLC |
| Cleveland Integrity Services, Inc. |
| Kestrel Field Services, Inc. |
| Onshore Quality Control Specialists, LLC |

## CALENDAR INFORMATION

View Calendar Information

## DOCKET PROCEEDINGS (226)

| Entry #: | Date: | Description: | |
|---|---|---|---|
| 213 | 06/27/2024 | FINAL ORDER AND JUDGMENT granting 206 plaintiffs' Unopposed Motion for Final Collective Action Certification and Final Approval of the Parties' Proposed Settlement (as more fully set out in order). Signed by Judge Scott L. Palk on 6/27/2024. (ks) (Entered: 06/27/2024) | View / Add to request |
| 212 | 05/20/2024 | ORDER. The Court STRIKES the fairness hearing presently set for June 25, 2024 at 10:00 a.m. Signed by Judge Scott L. Palk on 5/20/2024. (cps) (Entered: 05/20/2024) | View / Add to request |
| 211 | 05/20/2024 | ORDER granting 209 Motion to Appear Pro Hac Vice on behalf of Erin A. Murray. Erin A. Murray is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Defendant, Kinder Morgan Energy Partners, L.P., provided that counsel submits an ECF Registration Form and files an Entry of Appearance, consistent with LCvR 83.4. Signed by Judge Scott L. Palk on 5/20/2024. (cps) (Entered: 05/20/2024) | View / Add to request |
| 210 | 05/20/2024 | ORDER granting 208 Motion to Appear Pro Hac Vice on behalf of Kelcy L. Palmer. Kelcy L. Palmer is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Defendant, Kinder Morgan Energy Partners, L.P., provided that counsel submits an ECF Registration Form and files an Entry of Appearance, consistent with LCvR 83.4. Signed by Judge Scott L. Palk on 5/20/2024. (cps) (Entered: 05/20/2024) | View / Add to request |
| | 05/20/2024 | Per Order re Doc 212 Fairness Hearing set for June 25th, 2024 at 10:00 a.m. is STRICKEN. (cps) (Entered: 05/20/2024) | Send Runner to Court |
| 209 | 05/17/2024 | MOTION for Leave to Appear Pro Hac Vice of Erin Murray Filing fee $ 100, receipt number AOKWDC-4435383 by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit A - Request for Admission Pro Hac Vice)(Thrutchley, Christopher) (Entered: 05/17/2024) | View / Add to request |
| 208 | 05/17/2024 | MOTION for Leave to Appear Pro Hac Vice of Kelcy L. Palmer Filing fee $ 100, receipt number AOKWDC-4435352 by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit A - Request for Admission Pro Hac Vice)(Thrutchley, Christopher) (Entered: 05/17/2024) | View / Add to request |

Back to top

CoCounsel

| | | | |
|---|---|---|---|
| 207 | 05/15/2024 | NOTICE (other) by David M Oates re Necessity of Fairness Hearing (Josephson, Michael) (Entered: 05/15/2024) | View / Add to request |
| 206 | 05/13/2024 | UNOPPOSED MOTION for Settlement - for Final Collective Action Certification and Final Approval of the Parties' Proposed Settlement Agreement by David M Oates. (Attachments: # 1 Exhibit 1 - Josephson Declaration, # 2 Exhibit 2 - CPT Declaration, # 3 Exhibit 3 - Opt-in Plaintiffs' Executed Settlement Claim Forms, # 4 Proposed Final Approval Order)(Josephson, Michael) (Entered: 05/13/2024) | View / Add to request |
| 205 | 04/17/2024 | NOTICE (other) by David M Oates of Withdrawal of Consent (Josephson, Michael) (Entered: 04/17/2024) | View / Add to request |
| 204 | 02/08/2024 | STATUS REPORT Regarding Court-Approved Notice by Plaintiff David M Oates. (Josephson, Michael) (Entered: 02/08/2024) | View / Add to request |
| 203 | 01/31/2024 | ORDER GRANTING Doc 202 re JOINT MOTION to Extend Deadlines or Hearings for the Fairness Hearing. Fairness Hearing reset for 6/25/2024 10:00 AM in Courtroom 304 Judge Scott L. Palk. IT IS THEREFORE ORDERED that the fairness hearing set on March 1, 2024 is STRICKEN. The fairness hearing, if necessary, is RESET for June 25, 2024 at 10:00 a.m. in Courtroom 304, United States District Court, Western District of Oklahoma. The parties shall promptly notify the Court if a fairness hearing is not necessary. Signed by Judge Scott L. Palk on 1/31/2024. (cps) (Entered: 01/31/2024) | View / Add to request |
| 202 | 01/30/2024 | JOINT MOTION to Extend Deadlines or Hearings for the Fairness Hearing by David M Oates. (Attachments: # 1 Attachment Proposed Order)(Josephson, Michael) (Entered: 01/30/2024) | View / Add to request |
| 201 | 12/13/2023 | ORDER STRIKING The Status Conference set for December 14 at 2:30 p.m. Signed by Judge Scott L. Palk on 12/13/2023. (dtb) (Entered: 12/13/2023) | View / Add to request |
| 200 | 12/13/2023 | STATUS REPORT Concerning Implementation of Claims Process, Updated by Plaintiff David M Oates. (Attachments: # 1 Exhibit 1 - Notice of Subpoenas)(Josephson, Michael) (Entered: 12/13/2023) | View / Add to request |
| 199 | 12/01/2023 | NOTICE OF HEARING : Status Conference set for 12/14/2023 02:30 PM in Chambers before Judge Scott L. Palk. (mjs) (Entered: 12/01/2023) | View / Add to request |
| 198 | 10/24/2023 | STATUS REPORT Concerning Implementation of Claims Process by Plaintiff David M Oates. (Josephson, Michael) (Entered: 10/24/2023) | View / Add to request |
| 197 | 10/10/2023 | ORDER re preliminary approval of 196 Supplement - Resubmission of Proposed Settlement Agreement Notice and Claim Form, and Scripts for Additional Forms of Notice, filed by David M Oates, as more fully set forth herein. (Fairness Hearing set for 3/1/2024 10:00 AM in Courtroom 304 Judge Scott L. Palk.). Signed by Judge Scott L. Palk on 10/10/23. (mjs) (Entered: 10/10/2023) | View / Add to request |
| 196 | 10/03/2023 | SUPPLEMENT re 195 Order on Motion for Settlement, Resubmission of Proposed Settlement Agreement, Notice and Claim Form, and Scripts for Additional Forms of Notice by David M Oates. (Attachments: # 1 Exhibit 1 - Modified Proposed Settlement Agreement, # 2 Exhibit 2 - Modified Notice and Claim Form, # 3 Exhibit 3 - Modified Scripts for Additional Forms of Notice)(Josephson, Michael) (Entered: 10/03/2023) | View / Add to request |
| 195 | 09/12/2023 | ORDER conditionally granting 190 Plaintiffs Unopposed Motion for Preliminary Conditional Certification of Proposed Settlement Class and for Preliminary Approval of the Parties Proposed Settlement and Notice to the Proposed Settlement Class, subject to the directives imposed by this Order as more fully set forth herein. Signed by Judge Scott L. Palk on 9/12/23. (mjs) (Entered: 09/12/2023) | View / Add to request |

Back to top

CoCounsel

| | | | |
|---|---|---|---|
| 194 | 01/25/2023 | ORDER granting 187 Motion to Compel Arbitration. The claims of the CIS Arbitration Plaintiffs are severed. The Clerk of Court shall open a new civil action as to the severed claims of the CIS Arbitration Plaintiffs without collection of a filing fee. A copy of the Complaint and a copy of this Order shall be filed in the new action. The CIS Arbitration Plaintiffs shall have thirty days from the date of this Order, or until February 24, 2023, to initiate arbitration proceedings and shall file a notice with the Court in the severed action, when such proceedings have been initiated. If the CIS Arbitration Plaintiffs fail to timely comply with the Courts directive, the severed action shall be dismissed without prejudice and without further notice from the CourtThe CIS Arbitration Plaintiffs severed action is STAYED pending final resolution by arbitration or settlement. The parties shall report on the status of arbitration on May 25, 2023, and every ninety days thereafter until the parties report that arbitration is completed. Signed by Judge Scott L. Palk on 1/25/23. (ms) (Entered: 01/25/2023) | View  Add to request |
| 193 | 01/25/2023 | ORDER denying 183 Motion for Reconsideration re 176 Order on Motion for Settlement, Order on Motion for Order filed by Kinder Morgan Energy Partners LP. Signed by Judge Scott L. Palk on 1/25/23. (ms) (Entered: 01/25/2023) | View  Add to request |
| 192 | 08/08/2022 | REPLY to Response to Motion re 187 MOTION to Compel Arbitration filed by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 - Email To Counsel, # 2 Exhibit 2 - Proposed Order)(Cowen, Rachel) (Entered: 08/08/2022) | View  Add to request |
| 191 | 08/01/2022 | RESPONSE to Motion re 187 MOTION to Compel Arbitration filed by David M Oates. (Josephson, Michael) (Entered: 08/01/2022) | View  Add to request |
| 190 | 07/14/2022 | UNOPPOSED MOTION for Settlement by David M Oates. (Attachments: # 1 Exhibit 1 - Settlement Agreement, # 2 Exhibit 2 - Proposed Notice and Claim Forms, # 3 Exhibit 3 - Example Timesheets, # 4 Exhibit 4 - Declaration of Oates, # 5 Exhibit 5 - Declaration of Mechling, # 6 Exhibit 6 - Declaration of Beall, # 7 Exhibit 7 - Declaration of Knapp, # 8 Exhibit 8 - Declaration of McMahan, # 9 Exhibit 9 - Declaration of Asch, # 10 Exhibit 10 - Declaration of Ricketts, # 11 Exhibit 11 - Declaration of Josephson, # 12 Exhibit 12 - Scripts)(Josephson, Michael) (Entered: 07/14/2022) | View  Add to request |
| 189 | 07/14/2022 | ORDER granting 188 Motion for Leave to File Enlarged Brief. Plaintiff may file an enlarged brief in support of the upcoming conditional certification motion up to 40 pages in length. Signed by Judge Scott L. Palk on 7/14/22. (ms) (Entered: 07/14/2022) | View  Add to request |
| 188 | 07/13/2022 | UNOPPOSED MOTION for Leave to File Enlarged Brief by David M Oates. (Reimer, Lindsay) (Entered: 07/13/2022) | View  Add to request |
| 187 | 07/11/2022 | MOTION to Compel Arbitration by Cleveland Integrity Services, Inc.. (Cowen, Rachel) (Entered: 07/11/2022) | View  Add to request |
| 186 | 07/05/2022 | RESPONSE to Motion re 183 MOTION for Reconsideration re 176 Order on Motion for Settlement, Order on Motion for Order filed by David M Oates. (Reimer, Lindsay) (Entered: 07/05/2022) | View  Add to request |
| 185 | 06/30/2022 | MINUTE ENTRY for proceedings held before Judge Scott L. Palk: Status Conference held on 6/30/2022. The Court directs that the motion for conditional certification and approval of notice as contemplated by the Courts Order 176 shall be filed on or before July 14, 2022. Plaintiffs shall file a response advising the Court of their position with respect to the Motion for Reconsideration 183 on or before July 5, 2022. (ms) (Entered: 06/30/2022) | View  Add to request |
| 184 | 06/30/2022 | STATUS REPORT in Advance of Status Conference by Defendant Kinder Morgan Energy Partners LP. (Jordan, David) (Entered: 06/30/2022) | View  Add to request |
| 183 | 06/28/2022 | MOTION for Reconsideration re 176 Order on Motion for Settlement, Order on Motion for Order by Kinder Morgan Energy Partners LP. (Jordan, David) (Entered: | View |

Back to top

CoCounsel

| | | | |
|---|---|---|---|
| 182 | 06/28/2022 | ENTRY of Appearance by Lindsay R Itkin on behalf of David M Oates (Itkin, Lindsay) (Entered: 06/28/2022) | View / Add to request |
| 181 | 06/27/2022 | ENTRY of Appearance by Danny C Williams, Sr on behalf of Cleveland Integrity Services, Inc. (Williams, Danny) (Entered: 06/27/2022) | View / Add to request |
| 180 | 06/07/2022 | ORDER denying 144 Motion to Compel Arbitration. Signed by Judge Scott L. Palk on 6/7/2022. (ms) (Entered: 06/07/2022) | View / Add to request |
| 179 | 06/07/2022 | ORDER ( Status Conference set for 6/30/2022 01:30 PM in Courtroom 304 before Judge Scott L. Palk.). Signed by Judge Scott L. Palk on 6/7/2022. (ms) (Main Document 179 replaced on 6/7/2022) (ms). (Entered: 06/07/2022) | View / Add to request |
| 178 | 04/20/2022 | ORDER denying 169 Motion to Compel Discovery. Signed by Judge Scott L. Palk on 4/20/22. (ms) (Entered: 04/20/2022) | View / Add to request |
| 177 | 01/28/2022 | ORDER granting 110 Cleveland Integrity System Inc.'s Motion to Quash Subpoena. The subpoena [Doc. No. 115-1] is QUASHED. See Order for all details. Signed by Judge Scott L. Palk on 01/28/2022. (km) (Entered: 01/28/2022) | View / Add to request |
| 176 | 01/18/2022 | ORDER denying without prejudice 122 Unopposed Motion to Approve FLSA Settlement; denying as moot 145 Motion to Set Briefing Schedule on Settlement Approval. Signed by Judge Scott L. Palk on 1/18/2022. (kmt) (Entered: 01/18/2022) | View / Add to request |
| 175 | 01/14/2022 | STRICKEN 1/18/22 as untimely pursuant to LCvR 7.1(g) (kmt) RESPONSE in Opposition re 122 UNOPPOSED MOTION for Settlement Approval filed by Cleveland Integrity Services, Inc.. (Cowen, Rachel) (Entered: 01/14/2022) | View / Add to request |
| 174 | 11/18/2021 | NOTICE (other) by Cleveland Integrity Services, Inc. re 144 MOTION to Compel Arbitration (Cowen, Rachel) (Entered: 11/18/2021) | View / Add to request |
| 173 | 11/11/2021 | REPLY to Response to Motion re 169 MOTION to Compel Discovery filed by Cleveland Integrity Services, Inc.. (Cowen, Rachel) (Entered: 11/11/2021) | View / Add to request |
| 172 | 11/08/2021 | NOTICE (other) by Onshore Quality Control Specialists, LLC re 149 MOTION to Intervene Withdrawal (Wood, Eric) (Entered: 11/08/2021) | View / Add to request |
| 171 | 11/05/2021 | RESPONSE to Motion re 169 MOTION to Compel Discovery filed by Kinder Morgan Energy Partners LP. (Jordan, David) (Entered: 11/05/2021) | View / Add to request |
| 170 | 10/19/2021 | REPLY to Response to Motion re 149 MOTION to Intervene Onshore Quality Control Specialists, LLC's Consolidated Reply in Support of Its Motion to Intervene filed by Onshore Quality Control Specialists, LLC. (Hoch, William) (Entered: 10/19/2021) | View / Add to request |
| 169 | 10/15/2021 | MOTION to Compel Discovery by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 CIS Discovery Requests, # 2 Exhibit 2 KM Discovery Responses, # 3 Attachment Proposed Order)(Cowen, Rachel) (Entered: 10/15/2021) | View / Add to request |
| 168 | 10/12/2021 | RESPONSE to Motion re 149 MOTION to Intervene by Onshore filed by David M Oates. (Attachments: # 1 Exhibit Exhibit 1 - Onshore rsp subpoena, # 2 Exhibit Exhibit 2 - Sziber intv order, # 3 Exhibit Exhibit 3 - Bales intv order, # 4 Exhibit Exhibit 4 - Bales subpoena order)(Josephson, Michael) (Entered: 10/12/2021) | View / Add to request |
| 167 | 10/12/2021 | REPLY to Response to Motion re 144 MOTION to Compel Arbitration filed by Cleveland Integrity Services, Inc.. (Cowen, Rachel) (Entered: 10/12/2021) | View / Add to request |

| | | | |
|---|---|---|---|
| 166 | 10/12/2021 | RESPONSE in Opposition re 149 MOTION to Intervene filed by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit 1: Robertson v. Enbridge (US) Inc., # 2 Exhibit 2: In re: Cleveland Integrity Services, Inc., et al)(Jordan, David) (Entered: 10/12/2021) | View  Add to request |
| | 10/12/2021 | NOTICE FROM THE COURT 165 Response in Opposition to Motion is STRICKEN due to Counsel's failure to comply with ECF Policies & Procedures Manual, Section II.A.4.a. (md) (Entered: 10/12/2021) | Send Runner to Court |
| 165 | 10/11/2021 | STRICKEN RESPONSE in Opposition re 149 MOTION to Intervene filed by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jordan, David) Pursuant to Notice from the Court on 10/12/2021 (md). (Entered: 10/11/2021) | View  Add to request |
| 164 | 10/11/2021 | REPLY to Response to Motion re 145 MOTION for Order Setting Briefing Schedule On Settlement Approval filed by Cleveland Integrity Services, Inc.. (Cowen, Rachel) (Entered: 10/11/2021) | View  Add to request |
| 163 | 10/07/2021 | ENTRY of Appearance by Margaret M Sine on behalf of Onshore Quality Control Specialists, LLC (Sine, Margaret) (Entered: 10/07/2021) | View  Add to request |
| 162 | 10/05/2021 | RESPONSE in Opposition re 144 MOTION to Compel Arbitration filed by David M Oates. (Josephson, Michael) (Entered: 10/05/2021) | View  Add to request |
| 161 | 10/05/2021 | ORDER granting 159 Cleveland Integrity Services Inc's UNOPPOSED MOTION for Extension of Time to File Reply to 158 Response in Opposition to 144 MOTION to Compel Arbitration. Reply due by 10/12/2021. Signed by Judge Scott L. Palk on 10/5/2021. (llg) (Entered: 10/05/2021) | View  Add to request |
| 160 | 10/04/2021 | RESPONSE in Opposition re 145 MOTION for Order Setting Briefing Schedule On Settlement Approval filed by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit 1)(Jordan, David) (Entered: 10/04/2021) | View  Add to request |
| 159 | 10/04/2021 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 144 MOTION to Compel Arbitration, 158 Response in Opposition to Motion by Cleveland Integrity Services, Inc.. (Attachments: # 1 Attachment Proposed Order)(Cowen, Rachel) (Entered: 10/04/2021) | View  Add to request |
| 158 | 09/28/2021 | RESPONSE in Opposition re 144 MOTION to Compel Arbitration filed by Kinder Morgan Energy Partners LP. (Jordan, David) (Entered: 09/28/2021) | View  Add to request |
| 157 | 09/28/2021 | ORDER granting 156 Motion for Extension of Time to File Response/Reply re 156 UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 144 MOTION to Compel Arbitration , 144 MOTION to Compel Arbitration. Responses due by 10/5/2021. Signed by Judge Scott L. Palk on 9/28/2021. (md) (Entered: 09/28/2021) | View  Add to request |
| 156 | 09/24/2021 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 144 MOTION to Compel Arbitration by David M Oates. (Josephson, Michael) (Entered: 09/24/2021) | View  Add to request |
| 155 | 09/24/2021 | REPLY to Response to Motion re 145 MOTION for Order Setting Briefing Schedule On Settlement Approval filed by Cleveland Integrity Services, Inc.. (Cowen, Rachel) (Entered: 09/24/2021) | View  Add to request |
| 154 | 09/23/2021 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 8-24-21 before Judge Palk. Court Reporter: Susan Fenimore, Telephone number 405-609-5145. Transcript of: Motion Hearing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/14/2021. Redacted Transcript Deadline set for 10/25/2021. Release of Transcript Restriction set for 12/22/2021. (sf) (Entered: 09/23/2021) | View  Add to request |

| | | | |
|---|---|---|---|
| 153 | 09/22/2021 | RESPONSE in Opposition re 145 MOTION for Order Setting Briefing Schedule On Settlement Approval filed by David M Oates. (Attachments: # 1 Exhibit Exhibit 1 - hearing transcript)(Josephson, Michael) (Entered: 09/22/2021) | View / Add to request |
| 152 | 09/22/2021 | ENTRY of Appearance by Eric C Wood on behalf of Onshore Quality Control Specialists, LLC (Wood, Eric) (Entered: 09/22/2021) | View / Add to request |
| 151 | 09/21/2021 | ORDER granting 148 Motion to Appear Pro Hac Vice of Eric C. Wood. Signed by Honorable Scott L. Palk on 9/21/2021. (md) (Entered: 09/21/2021) | View / Add to request |
| 150 | 09/21/2021 | DISCLOSURE STATEMENT - LLC by Onshore Quality Control Specialists, LLC. (Hoch, William) (Entered: 09/21/2021) | View / Add to request |
| 149 | 09/20/2021 | MOTION to Intervene by Onshore Quality Control Specialists, LLC. (Attachments: # 1 Exhibit 1 - Declaration of Olivia Howe)(Hoch, William) (Entered: 09/20/2021) | View / Add to request |
| 148 | 09/20/2021 | MOTION for Leave to Appear Pro Hac Vice for Eric Wood Filing fee $ 50, receipt number AOKWDC-3764822 by Onshore Quality Control Specialists, LLC. (Attachments: # 1 Exhibit 1 - Request for Admission Pro Hac Vice)(Hoch, William) (Entered: 09/20/2021) | View / Add to request |
| 147 | 09/20/2021 | ENTRY of Appearance by William H Hoch, III on behalf of Onshore Quality Control Specialists, LLC (Hoch, William) (Entered: 09/20/2021) | View / Add to request |
| 146 | 09/15/2021 | TRANSCRIPT REQUEST by David M Oates for proceedings held on 08/24/2021 before Judge Scott L. Palk.. (Burch, Richard) (Entered: 09/15/2021) | View / Add to request |
| 145 | 09/13/2021 | MOTION for Order Setting Briefing Schedule On Settlement Approval by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 Discovery Served To Kinder Morgan, # 2 Attachment Proposed Order)(Cowen, Rachel) (Entered: 09/13/2021) | View / Add to request |
| 144 | 09/07/2021 | MOTION to Compel Arbitration by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 Supplemental Declaration of Michael Frye, # 2 Exhibit 2 Doucet v. Boardwalk)(Cowen, Rachel) (Entered: 09/07/2021) | View / Add to request |
| 143 | 08/31/2021 | ORDER withdrawing 73 Motion to Intervene; granting 142 Motion to Withdraw 73 MOTION to Intervene and Brief In Support. Signed by Honorable Scott L. Palk on 8/31/21. (md) (Entered: 08/31/2021) | View / Add to request |
| 142 | 08/31/2021 | UNOPPOSED MOTION to Withdraw 73 MOTION to Intervene and Brief In Support by Kestrel Field Services, Inc.. (Bruce, Philip) (Entered: 08/31/2021) | View / Add to request |
| 141 | 08/31/2021 | ORDER granting 140 Motion to Withdraw as Attorney. Attorney Taylor A Jones terminated. Signed by Honorable Scott L. Palk on 8/31/21. (md) (Entered: 08/31/2021) | View / Add to request |
| 140 | 08/30/2021 | UNOPPOSED MOTION to Withdraw as Attorney of Taylor A. Jones by David M Oates. (Josephson, Michael) (Entered: 08/30/2021) | View / Add to request |
| 139 | 08/24/2021 | MINUTE ENTRY for proceedings held before Honorable Scott L. Palk: Hearing on Motions to Intervene 37 , 73 , 85 and NEFSs Withdrawal of its Motion to Intervene 125 . NEFSs Withdrawal 125 is GRANTED. NEFSs Motion to Intervene 85 is withdrawn. Kestrel is directed to file any motion requesting the withdrawal of their Motion to Intervene 73 on or before August 31, 2021. If no such motion is filed, the Court will rule on Kestrels Motion to Intervene. CISs Motion to Intervene 37 is GRANTED. As explained on the record, the Court finds that intervention as of right and permissive intervention is warranted with respect to CIS. CIS has satisfied the four intervention criteria under Fed. R. Civ. P. 24(a) and has a claim or defense that shares with the main action a common question of fact under Rule | View / Add to request |

| | | | |
|---|---|---|---|
| | | 24(b). CIS shall file its motion to compel arbitration on or before September 7, 2021. (Court Reporter Susan Fenimore.) (md) (Entered: 08/24/2021) | |
| 138 | 08/23/2021 | ENTRY of Appearance by Reggie N Whitten on behalf of David M Oates (Whitten, Reggie) (Entered: 08/23/2021) | View  Add to request |
| 137 | 08/17/2021 | NOTICE (other) by David M Oates of Supplemental Authority (Attachments: # 1 Exhibit 1 Sziber Order, # 2 Exhibit 2 Bales Order re Invterntion, # 3 Exhibit 3 Robertson R&R, # 4 Exhibit 4 Bales Order re Subpoena, # 5 Exhibit 5 Field Order)(Josephson, Michael) (Entered: 08/17/2021) | View  Add to request |
| | 08/17/2021 | NOTICE FROM THE COURT 136 Notice (other) is STRICKEN due to Counsel's failure to comply with ECF Policies & Procedures Manual, Section II.A.4.a. (md) (Entered: 08/17/2021) | Send Runner to Court |
| 136 | 08/16/2021 | STRICKEN NOTICE (other) by David M Oates of Supplemental Authority (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Josephson, Michael) Pursuant to Notice from the Court on 8/17/2021 (md). (Entered: 08/16/2021) | View  Add to request |
| 135 | 08/16/2021 | ORDER re 134 Notice (other), filed by David M Oates. The Notice of Supplemental Authorities Regarding Third Party Vendors' Efforts to Intervene and Resist Compliance with Subpoena is STRICKEN. Signed by Honorable Scott L. Palk on 8/16/2021. (md) (Entered: 08/16/2021) | View  Add to request |
| 134 | 08/12/2021 | STRICKEN NOTICE (other) by David M Oates Supplemental Authorities (Attachments: # 1 Exhibit Exhibit 1 - Sziber order, # 2 Exhibit Exhibit 2 - Bales order re intervention, # 3 Exhibit Exhibit 3 - Robertson R&R, # 4 Exhibit Exhibit 4 - Bales order re subpoena)(Josephson, Michael) Pursuant to Order [135 on 8/16/2021 (md). (Entered: 08/12/2021) | View  Add to request |
| | 08/06/2021 | NOTICE FROM THE COURT 133 Notice (other) is STRICKEN due to Counsel's failure to comply with LCvR 7.1(m). (md) (Entered: 08/06/2021) | Send Runner to Court |
| 133 | 07/31/2021 | STRICKEN NOTICE (other) by David M Oates re 129 Response in Opposition to Motion, 79 Response in Opposition to Motion, 53 Response in Opposition to Motion, 115 Response in Opposition to Motion, 130 Response in Opposition to Motion, Notice of Supplemental Authorities (Attachments: # 1 Exhibit 1 - Sziber v. Dominion Opinion Denying Intervention, # 2 Exhibit 2 - Bales v. Crestwood Order Denying Intervention, # 3 Exhibit 3 - Robertson v. Onshore Opinion Compelling Third Party Comply With Subpoena, # 4 Exhibit 4 - Bales v. Crestwood Order Denying Motion to Quash Third-Party Subpoena)(Jones, Taylor) Pursuant to Notice from the Court on 8/6/2021 (md). (Entered: 07/31/2021) | View  Add to request |
| 132 | 07/23/2021 | NOTICE OF HEARING ON MOTIONS 85 MOTION to Intervene , 73 MOTION to Intervene and Brief In Support, 125 MOTION to Withdraw 85 MOTION to Intervene , 37 MOTION to Intervene : Motion Hearing set for 8/24/2021 10:00 AM in Courtroom 304 before Honorable Scott L. Palk. (md) (Entered: 07/23/2021) | View  Add to request |
| 131 | 06/24/2021 | NOTICE (other) by David M Oates re 37 MOTION to Intervene , 73 MOTION to Intervene and Brief In Support Notice of Supplemental Authority (Attachments: # 1 Exhibit)(Jones, Taylor) (Entered: 06/24/2021) | View  Add to request |
| 130 | 06/21/2021 | RESPONSE in Opposition re 73 MOTION to Intervene and Brief In Support Supplemental Brief filed by David M Oates. (Attachments: # 1 Exhibit Exhibit 1 - Kestrel opp to subpoena, # 2 Exhibit Exhibit 2 - Hall order, # 3 Exhibit Exhibit 3 - Sziber order, # 4 Exhibit Exhibit 4 - Robertson R&R)(Josephson, Michael) (Entered: 06/21/2021) | View  Add to request |
| 129 | 06/15/2021 | RESPONSE in Opposition re 37 MOTION to Intervene Supplemental Brief filed by David M Oates. (Attachments: # 1 Exhibit Exhibit 1 - Hall order, # 2 Exhibit Exhibit 2 - Sziber order, # 3 Exhibit Exhibit 3 - Robertson R&R)(Josephson, Michael) (Entered: 06/15/2021) | View  Add to request |
| 128 | 06/15/2021 | RESPONSE re 124 Supplement Brief in Support of Motion to Intervene filed by Kinder Morgan Energy Partners LP. (Jordan, David) (Entered: 06/15/2021) | View |

| # | Date | Description | |
|---|---|---|---|
| 127 | 06/14/2021 | SUPPLEMENT re 73 MOTION to Intervene and Brief In Support of its Motion to Intervene by Kestrel Field Services, Inc.. (Fiddler, Scott) (Entered: 06/14/2021) | View / Add to request |
| 126 | 06/09/2021 | ORDER proposed intervenor Kestrel shall file its supplemental brief as directed by the Courts May 25, 2021 Order on or before June 14, 2021. The parties are likewise granted an extension of time to June 21, 2021 by which to file any response to that brief as contemplated in the May 25, 2021 Order. Signed by Honorable Scott L. Palk on 6/9/2021. (md) (Entered: 06/09/2021) | View / Add to request |
| 125 | 06/09/2021 | MOTION to Withdraw 85 MOTION to Intervene by Natural Energy Field Services, LLC. (Price, Robyn) (Entered: 06/09/2021) | View / Add to request |
| 124 | 06/08/2021 | SUPPLEMENT re 123 Order, Motion To Intervene by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 - Hennigar v. Targa Order)(Cowen, Rachel) (Entered: 06/08/2021) | View / Add to request |
| 123 | 05/25/2021 | ORDER The proposed intervenors Cleveland Integrity Services, Inc., Kestrel Field Services, Inc., and Natural Energy Field Services, LLC shall submit supplemental briefs as described in this Order on or before June 8, 2021. The supplemental briefs shall not exceed 10 pages. The parties may file responses also limited to 10 pages on or before June 15, 2021 all as more fully set forth herein. Signed by Honorable Scott L. Palk on 5/25/2021. (md) (Entered: 05/25/2021) | View / Add to request |
| 122 | 05/25/2021 | UNOPPOSED MOTION for Settlement Approval by David M Oates. (Attachments: # 1 Exhibit 1 - Parties' Settlement Agreement, # 2 Exhibit 2 - Declaration of Michael A. Josephson, # 3 Exhibit 3 - Parties' Proposed Email, Text Message, and Phone Scripts)(Jones, Taylor) (Entered: 05/25/2021) | View / Add to request |
| 121 | 05/25/2021 | ORDER granting 120 Motion for Leave to File Excess Pages. Plaintiff shall file the Unopposed Motion to Approve FLSA Settlement in the same form as the exhibit attached to his Unopposed Motion for Leave to Exceed Page Limits [120-1] by today, May 25, 2021 at 5:00 PM CST. Signed by Honorable Scott L. Palk on 5/25/2021. (md) (Entered: 05/25/2021) | View / Add to request |
| 120 | 05/24/2021 | UNOPPOSED MOTION for Leave to File Excess Pages for Plaintiff's Unopposed Motion to Approve by David M Oates. (Attachments: # 1 Exhibit 1 - Plaintiff's Proposed Unopposed Motion to Approve & Attachments)(Jones, Taylor) (Entered: 05/24/2021) | View / Add to request |
| 119 | 05/19/2021 | ORDER denying 106 Joint Motion for Leave of Court to File Settlement Agreement and Motion to Approve Settlement Under Seal. Signed by Honorable Scott L. Palk on 5/19/2021. The parties are directed to file their settlement agreement and related motion to approve settlement within five days of the date of this Order. (md) (Entered: 05/19/2021) | View / Add to request |
| 118 | 05/19/2021 | ORDER denying 112 Joint Motion to File Settlement Agreement and Motion to Approve Settlement Under Seal. Signed by Honorable Scott L. Palk on 5/19/2021. (md) (Entered: 05/19/2021) | View / Add to request |
| 117 | 05/19/2021 | ORDER granting 113 Motion for Extension of Time to File Response/Reply as to 85 MOTION to Intervene. Responses due by 6/9/2021. Signed by Honorable Scott L. Palk on 5/19/2021. (md) (Entered: 05/19/2021) | View / Add to request |
| 116 | 05/18/2021 | REPLY to Response to Motion re 110 MOTION to Quash Subpoena filed by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 Declaration of Lisa Gillilan)(Cowen, Rachel) (Entered: 05/18/2021) | View / Add to request |
| 115 | 05/11/2021 | RESPONSE in Opposition re 110 MOTION to Quash Subpoena filed by David M Oates. (Attachments: # 1 Exhibit 1 - Subpoena to CIS, # 2 Exhibit 2 - Fenley Judgment, # 3 Exhibit 3 - Gundrum Judgment, # 4 Exhibit 4 - KM's Harris Co Petition, # 5 Exhibit 5 - CIS's Answer, # 6 Exhibit 6 - Subpoena to CIS, # 7 Exhibit 7 - Email, # 8 Exhibit 8 - Email (Entered: 05/11/2021) | View / Add to request |

| | | | |
|---|---|---|---|
| | 05/11/2021 | NOTICE FROM THE COURT 114 Response in Opposition to Motion is STRICKEN due to Counsel's failure to comply with ECF Policies & Procedures Manual, Section II.A.4.a. (md) (Entered: 05/11/2021) | Send Runner to Court |
| 114 | 05/10/2021 | STRICKEN RESPONSE in Opposition re 110 MOTION to Quash Subpoena filed by David M Oates. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Josephson, Michael) Pursuant to Notice from the Court on 5/11/21 (md). (Entered: 05/10/2021) | View / Add to request |
| 113 | 05/07/2021 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 85 MOTION to Intervene by David M Oates. (Jones, Taylor) (Entered: 05/07/2021) | View / Add to request |
| 112 | 05/05/2021 | MOTION for Leave to File Amicus Brief on Joint Motion to File Settlement Agreement and Motion to Approve Settlement Under Seal by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 Proposed Amicus Brief, # 2 Attachment Proposed Order) (Cowen, Rachel) (Entered: 05/05/2021) | View / Add to request |
| 111 | 05/04/2021 | NOTICE (other) by Kinder Morgan Energy Partners LP re 110 MOTION to Quash Subpoena (Jordan, David) (Entered: 05/04/2021) | View / Add to request |
| 110 | 05/03/2021 | MOTION to Quash Subpoena by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 Motion to Disqualify, # 2 Exhibit 2 Moore Deposition)(Cowen, Rachel) (Entered: 05/03/2021) | View / Add to request |
| | 05/03/2021 | NOTICE FROM THE COURT 109 MOTION to Quash Subpoena is STRICKEN due to Counsel's failure to comply with ECF Policies & Procedures Manual, Section II.A.4.a. (md) (Entered: 05/03/2021) | Send Runner to Court |
| 109 | 04/30/2021 | STRICKEN MOTION to Quash Subpoena by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Attachment Proposed Order)(Cowen, Rachel) Pursuant to Notice from the Court on 5/3/2021 (md). (Entered: 04/30/2021) | View / Add to request |
| 108 | 04/29/2021 | ORDER granting 107 Joint Motion Regarding Submission of Settlement for Court-Approval. The parties shall file relevant document(s) regarding their settlement after the Court's forthcoming Order on the pending Joint Motion for Leave of Court to File Settlement Agreement and Motion to Approve Settlement Under Seal 106 . The Court will instruct the parties regarding the submission of their settlement documents within that Order. Signed by Honorable Scott L. Palk on 4/29/2021. (md) (Entered: 04/29/2021) | View / Add to request |
| 107 | 04/28/2021 | JOINT MOTION for Extension of Time to Submit Settlement for Court-Approval Pending Ruling on Parties' Joint Motion to Seal (ECF 106) by David M Oates. (Jones, Taylor) (Entered: 04/28/2021) | View / Add to request |
| 106 | 04/27/2021 | JOINT MOTION for Leave to File Settlement Agreement and Motion to Approve Settlement Under Seal by David M Oates. (Jones, Taylor) (Entered: 04/27/2021) | View / Add to request |
| 105 | 04/22/2021 | ORDER The Court declines to dismiss this case. The Court strikes this matter from the May 2021 Trial Docket and directs the parties to submit any relevant documents regarding their settlement by April 28, 2021. Signed by Honorable Scott L. Palk on 4/22/2021. (md) (Entered: 04/22/2021) | View / Add to request |
| | 04/22/2021 | May 2021 Jury Trial terminated (md) (Entered: 04/22/2021) | Send Runner to Court |
| 104 | 04/07/2021 | NOTICE of Change of Address by Christopher S Thrutchley (Thrutchley, Christopher) (Entered: 04/07/2021) | View / Add to request |
| 103 | 04/05/2021 | RESPONSE TO ORDER TO SHOW CAUSE filed by David M Oates. (Jones, Taylor) (Entered: 04/05/2021) | View / Add to request |

| | | | |
|---|---|---|---|
| 102 | 03/30/2021 | NOTICE of Settlement (Amended) by David M Oates (Jones, Taylor) (Entered: 03/30/2021) | View  Add to request |
| 101 | 03/22/2021 | ORDER TO SHOW CAUSE Show Cause Response due by 4/5/2021, why this matter should not be dismissed for failure to prosecute and/or failure to comply with this Court's orders. Signed by Honorable Scott L. Palk on 3/22/2021. (md) (Entered: 03/22/2021) | View  Add to request |
| 100 | 03/16/2021 | ORDER granting 99 Unopposed Motion to Stay Briefing on Proposed Intervenor NEFS's Motion to Intervene Pending Mediation. Plaintiffs' deadline to respond to NEFS's Motion to Intervene 85 is stayed until May 9, 2021. Signed by Honorable Scott L. Palk on 3/16/2021. (kmt) (Entered: 03/16/2021) | View  Add to request |
| | 03/11/2021 | NOTICE FROM THE COURT 98 MOTION for Leave To File Supplemental In Support of Motion to Intervene is STRICKEN due to Counsel's failure to comply with LCvR 7.1(k). (md) (Entered: 03/11/2021) | Send Runner to Court |
| 99 | 03/10/2021 | UNOPPOSED MOTION to Extend Deadlines or Hearings (Motion to Stay Plaintiffs' Briefing on NEFS'S Intervention Pending Mediation) by David M Oates. (Jones, Taylor) (Entered: 03/10/2021) | View  Add to request |
| 98 | 03/09/2021 | STRICKEN MOTION for Leave To File Supplemental In Support of Motion to Intervene by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 Supplemental Statement in Support of Intervention)(Cowen, Rachel) Pursuant to Notice from the Court on 3/11/2021 (md). (Entered: 03/09/2021) | View  Add to request |
| | 03/08/2021 | NOTICE FROM THE COURT 97 Supplement is STRICKEN due to Counsel's failure to comply with LCvR 7.1(i). (md) (Entered: 03/08/2021) | Send Runner to Court |
| 97 | 03/04/2021 | STRICKEN SUPPLEMENT re 37 MOTION to Intervene by Cleveland Integrity Services, Inc.. (Cowen, Rachel) Pursuant to Notice from the Court on 3/8/2021 (md). (Entered: 03/04/2021) | View  Add to request |
| 96 | 03/03/2021 | ORDER granting 95 Motion to Appear Pro Hac Vice of Taylor A. Jones. Signed by Honorable Scott L. Palk on 3/3/2021. (md) (Entered: 03/03/2021) | View  Add to request |
| 95 | 03/03/2021 | MOTION for Leave to Appear Pro Hac Vice of Taylor A. Jones Filing fee $ 50, receipt number AOKWDC-3630737 by David M Oates. (Attachments: # 1 Exhibit Application for Pro Hac Vice, # 2 Exhibit Attachment, # 3 Exhibit Certificate of Good Standing)(Josephson, Michael) (Entered: 03/03/2021) | View  Add to request |
| 94 | 03/02/2021 | ORDER granting 93 Motion for Extension of Time to File Response/Reply re 85 MOTION to Intervene Responses due by 3/10/2021. Signed by Honorable Scott L. Palk on 3/2/2021. (md) (Entered: 03/02/2021) | View  Add to request |
| 93 | 03/02/2021 | CONSENT MOTION for Extension of Time to File Response/Reply as to 85 MOTION to Intervene by David M Oates. (Josephson, Michael) (Entered: 03/02/2021) | View  Add to request |
| | 03/02/2021 | NOTICE FROM THE COURT 92 CONSENT MOTION for Extension of Time to File Response/Reply as to 85 MOTION to Intervene is STRICKEN. Counsel Taylor Jones has not been admitted to practice before this Court, nor has he been admitted pro hac vice. (md) (Entered: 03/02/2021) | Send Runner to Court |
| 92 | 02/26/2021 | STRICKEN CONSENT MOTION for Extension of Time to File Response/Reply as to 85 MOTION to Intervene by David M Oates. (Jones, Taylor) Pursuant to Notice from the Court on 3/2/2021 (md). (Entered: 02/26/2021) | View  Add to request |
| 91 | 02/12/2021 | ORDER granting 88 Motion to Appear Pro Hac Vice of W. Jackson Wisdom. Signed by Honorable Scott L. Palk on 2/12/2021. (md) (Entered: 02/12/2021) | View  Add to request |

Back to top

CoCounsel

| | | | |
|---|---|---|---|
| 90 | 02/11/2021 | DISCLOSURE STATEMENT - CORPORATE by Natural Energy Field Services, LLC. (Price, Ryan) (Entered: 02/11/2021) | View / Add to request |
| 89 | 02/11/2021 | DISCLOSURE STATEMENT - LLC by Natural Energy Field Services, LLC. (Price, Ryan) (Entered: 02/11/2021) | View / Add to request |
| 88 | 02/11/2021 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number AOKWDC-3591075 by Natural Energy Field Services, LLC. (Attachments: # 1 Exhibit A)(Price, Ryan) (Entered: 02/11/2021) | View / Add to request |
| 87 | 02/10/2021 | NOTICE of Settlement (Partial) by David M Oates (Josephson, Michael) (Entered: 02/10/2021) | View / Add to request |
| 86 | 02/10/2021 | ENTRY of Appearance by Robyn G Price on behalf of Natural Energy Field Services, LLC (Price, Robyn) (Entered: 02/10/2021) | View / Add to request |
| 85 | 02/10/2021 | MOTION to Intervene by Natural Energy Field Services, LLC. (Attachments: # 1 Exhibit Declaration of Shane Honn, # 2 Exhibit Motion to Compel Arbitration and Brief in Support, # 3 Exhibit Answer and Counterclaim)(Price, Ryan) (Entered: 02/10/2021) | View / Add to request |
| 84 | 02/10/2021 | ENTRY of Appearance by Ryan E Price on behalf of Natural Energy Field Services, LLC (Price, Ryan) (Entered: 02/10/2021) | View / Add to request |
| 83 | 01/06/2021 | NOTICE (other) by Cleveland Integrity Services, Inc. re 37 MOTION to Intervene (Attachments: # 1 Exhibit 1 Hinkle v. Phillips 66, # 2 Exhibit 2 Doucet v. Boardwalk)(Cowen, Rachel) (Entered: 01/06/2021) | View / Add to request |
| 82 | 11/30/2020 | NOTICE (other) by David M Oates Filing Notice of Consent (Attachments: # 1 Exhibit 1 Consent Forms)(Josephson, Michael) (Entered: 11/30/2020) | View / Add to request |
| 81 | 11/13/2020 | REPLY in Opposition re 73 MOTION to Intervene and Brief In Support and Plaintiff's Reply in response to one of the arguments offered by Plaintiffs in their opposition (Doc. 79) filed by Kinder Morgan Energy Partners LP. (Jordan, David) (Entered: 11/13/2020) | View / Add to request |
| 80 | 11/12/2020 | REPLY by Intervenor Kestrel Field Services, Inc. re 79 Response in Opposition to Motion filed by Kestrel Field Services, Inc.. (Bruce, Philip) (Entered: 11/12/2020) | View / Add to request |
| 79 | 11/05/2020 | RESPONSE in Opposition re 73 MOTION to Intervene and Brief In Support filed by David M Oates. (Josephson, Michael) (Entered: 11/05/2020) | View / Add to request |
| 78 | 10/21/2020 | ENTRY of Appearance by Jackie Staple on behalf of Kestrel Field Services, Inc. (Staple, Jackie) (Entered: 10/21/2020) | View / Add to request |
| 77 | 10/21/2020 | ENTRY of Appearance by Scott Fiddler on behalf of Kestrel Field Services, Inc. (Fiddler, Scott) (Entered: 10/21/2020) | View / Add to request |
| 76 | 10/16/2020 | ORDER granting 74 Motion to Appear Pro Hac Vice G. Scott Fiddler; granting 75 Motion to Appear Pro Hac Vice of Jaclyn C. Staple. Signed by Honorable Scott L. Palk on 10/16/20. (md) (Entered: 10/16/2020) | View / Add to request |
| 75 | 10/16/2020 | MOTION for Leave to Appear Pro Hac Vice of Jaclyn C. Staple Filing fee $ 50, receipt number AOKWDC-3334446 by Kestrel Field Services, Inc.. (Attachments: # 1 Exhibit Ex. 1 - Request for Admission)(Bruce, Philip) (Entered: 10/16/2020) | View / Add to request |
| 74 | 10/16/2020 | MOTION for Leave to Appear Pro Hac Vice of G. Scott Fiddler Filing fee $ 50, receipt number AOKWDC-3334439 by Kestrel Field Services, Inc.. (Attachments: # 1 Exhibit Ex. 1 - Request for Admission)(Bruce, Philip) (Entered: 10/16/2020) | View / Add to request |

| | | | |
|---|---|---|---|
| 73 | 10/15/2020 | MOTION to Intervene and Brief In Support by Kestrel Field Services, Inc.. (Attachments: # 1 Exhibit Declaration of David Clarke, # 2 Exhibit Intervenor-Defendant Kestrel Field Services Inc. Opening Motion to Compel Individual Arbitration and brief in Support, # 3 Exhibit Intervenor-Defendant Kestrel Field Services, Inc.'s Answer to Plaintiff's Original Complaint and Counterclaim)(Bruce, Philip) (Entered: 10/15/2020) | View <br> Add to request |
| 72 | 10/15/2020 | DISCLOSURE STATEMENT - CORPORATE by Kestrel Field Services, Inc.. (Bruce, Philip) (Entered: 10/15/2020) | View <br> Add to request |
| 71 | 10/15/2020 | ENTRY of Appearance by Philip R Bruce on behalf of Kestrel Field Services, Inc. (Bruce, Philip) (Entered: 10/15/2020) | View <br> Add to request |
| 70 | 08/12/2020 | NOTICE (other) by David M Oates Filing Notice of Consent (Attachments: # 1 Exhibit 1 Consent Form)(Josephson, Michael) (Entered: 08/12/2020) | View <br> Add to request |
| 69 | 07/27/2020 | ORDER granting 68 Motion to Withdraw as Attorney. Attorney Gerard M D'Emilio terminated. Signed by Honorable Scott L. Palk on 7/27/2020. (md) (Entered: 07/27/2020) | View <br> Add to request |
| 68 | 07/27/2020 | MOTION to Withdraw as Attorney by Kinder Morgan Energy Partners LP. (D'Emilio, Gerard) (Entered: 07/27/2020) | View <br> Add to request |
| 67 | 07/24/2020 | NOTICE (other) by David M Oates of Filing Notice of Consent (Josephson, Michael) (Entered: 07/24/2020) | View <br> Add to request |
| | 07/20/2020 | IMPORTANT NOTICE: The United States District Court for the Western District of Oklahoma (OKWD) is upgrading its current CM/ECF system to the Next Generation of CM/ECF (NextGen CM/ECF) on Monday, August 3, 2020. Complete information regarding the OKWD NextGen CM/ECF implementation is available at http://www.okwd.uscourts.gov/nextgen-information.****Currently, you may share a single PACER account with other attorneys in your firm. With the new OKWD NextGen CM/ECF system, sharing of individual PACER accounts is prohibited. You must have an individual upgraded PACER account linked to your e-filing account. Once again, shared PACER accounts cannot be used by OKWD e-filing attorneys. ****Preparing for NextGen CM/ECF is a two-step process. Step one is to upgrade your PACER account and step two is to link your upgraded PACER account to the OKWD e-filing account in the upgraded NextGen CM/ECF system. This notice only addresses the first step because the second step cannot be completed until on or after August 3, 2020. ****Many PACER accounts have already been upgraded. The first step is to determine whether you have an "Upgraded" PACER account. If any of the following is true, you have an upgraded PACER account and no action is required until after the OKWD NextGen CM/ECF upgrade on August 3, 2020: 1) You have an upgraded PACER account for another NextGen court or 2) Your PACER account was created after August 10, 2014. If neither of these is true, you must upgrade your legacy PACER account before you can link your PACER account to your new NextGen CM/ECF account. ****OKWDs current CM/ECF system will NOT be available from 11:00 AM on 07/31/20 until 8:00 AM on 08/03/20 due to the upgrade. ****Additional notices will be sent at a later date regarding the second step of this process. If you have questions, please contact the PACER Service Center at 800-676-6856 or the OKWD Clerk's Office CM/ECF Help Desk at 405-609-5555. (Pigott, William) (ADI) (Entered: 07/20/2020) | Send Runner to Court |
| 66 | 07/17/2020 | PROTECTIVE ORDER , Motions terminated: 65 UNOPPOSED MOTION for Protective Order filed by Kinder Morgan Energy Partners LP. Signed by Honorable Scott L. Palk on 7/17/2020. (md) (Entered: 07/17/2020) | View <br> Add to request |
| 65 | 07/17/2020 | UNOPPOSED MOTION for Protective Order by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit Proposed Stipulated Protective Order)(Jo… …ll) … 07/17/2020) | View |

Back to top

◆ CoCounsel

| | | | |
|---|---|---|---|
| 64 | 07/17/2020 | NOTICE (other) by David M Oates of Withdrawal of Consent of Danny Day and Stewart McEachern (Josephson, Michael) (Entered: 07/17/2020) | View / Add to request |
| 63 | 07/13/2020 | ORDER re 62 Stipulation filed by Kinder Morgan Energy Partners LP is STRICKEN as more fully set forth herein. Signed by Honorable Scott L. Palk on 7/13/2020. (md) (Entered: 07/13/2020) | View / Add to request |
| 62 | 07/13/2020 | STRICKEN STIPULATION of Protective Order by Kinder Morgan Energy Partners LP. (Jordan, David) Pursuant to Order 63 entered on on 7/13/2020 (md). (Entered: 07/13/2020) | View / Add to request |
| 61 | 07/08/2020 | ORDER denying 58 Motion for Substitution of Appoint Counsel as more fully set forth herein. Signed by Honorable Scott L. Palk on 7/8/2020. (md) (Entered: 07/08/2020) | View / Add to request |
| 60 | 07/08/2020 | ORDER re 46 Order on Motion for Protective Order. The partial stay on non-arbitrability discovery ordered by the Court in its Orderof June 8, 2020 46 is hereby lifted. Signed by Honorable Scott L. Palk on 7/8/2020. (md) (Entered: 07/08/2020) | View / Add to request |
| 59 | 07/08/2020 | ORDER re 48 Objections filed by Natural Energy Field Services, LLC. Natural Energys request that the Court issue aruling on its objections is STRICKEN as improper because the request has not been presented via motion or to the appropriate court in the first instance as more fully set forth herein. Signed by Honorable Scott L. Palk on 7/8/2020. (md) (Entered: 07/08/2020) | View / Add to request |
| 58 | 07/07/2020 | MOTION to Appoint Counsel by Natural Energy Field Services, LLC. (Wisdom, William) (Entered: 07/07/2020) | View / Add to request |
| 57 | 07/02/2020 | NOTICE (other) by Cleveland Integrity Services, Inc. re 37 MOTION to Intervene Notice of Supplemental Authority (Cowen, Rachel) (Entered: 07/02/2020) | View / Add to request |
| 56 | 06/29/2020 | REPLY to Response to Motion re 37 MOTION to Intervene filed by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 Order Granting Intervention in Ferrell v. SemGroup, # 2 Exhibit 2 Subpoena)(Cowen, Rachel) (Entered: 06/29/2020) | View / Add to request |
| 55 | 06/29/2020 | ENTRY of Appearance by Rachel B Cowen on behalf of Cleveland Integrity Services, Inc. (Cowen, Rachel) (Entered: 06/29/2020) | View / Add to request |
| 54 | 06/23/2020 | ENTRY of Appearance by Andrew W Dunlap on behalf of David M Oates (Dunlap, Andrew) (Entered: 06/23/2020) | View / Add to request |
| 53 | 06/22/2020 | RESPONSE in Opposition re 37 MOTION to Intervene filed by David M Oates. (Josephson, Michael) (Entered: 06/22/2020) | View / Add to request |
| 52 | 06/22/2020 | NOTICE (other) by Kinder Morgan Energy Partners LP re 44 MOTION for Protective Order Temp Staying Discovery (Jordan, David) (Entered: 06/22/2020) | View / Add to request |
| 51 | 06/22/2020 | NOTICE (other) by Kinder Morgan Energy Partners LP re 42 MOTION to Compel Arbitration Against David Oates and Lucien Boutte and Brief in Support Thereof (Jordan, David) (Entered: 06/22/2020) | View / Add to request |
| 50 | 06/22/2020 | NOTICE (other) by Kinder Morgan Energy Partners LP re 43 MOTION to Compel Production of Unredacted Notices of Consent (Jordan, David) (Entered: 06/22/2020) | View / Add to request |
| 49 | 06/22/2020 | NOTICE (other) by David M Oates re 38 MOTION for Order Conditionally Certifying Collective Action and Authorizing Notice and Incorporated Brief in Support - Notice of Withdrawal of Motion Without Prejudice (Burke, Michael) (Entered: 06/22/2020) | View / Add to request |

Back to top

CoCounsel

| | | | |
|---|---|---|---|
| 48 | 06/19/2020 | OBJECTIONS to Plaintiff's Subpoena filed by Natural Energy Field Services, LLC. (Attachments: # 1 Exhibit A)(Wisdom, William) (Entered: 06/19/2020) | View <br> Add to request |
| 47 | 06/19/2020 | STIPULATION TO WITHDRAW PENDING MOTIONS AND TOLL THE STATUTE OF LIMITATIONS - JOINT by David M Oates. (Josephson, Michael) (Entered: 06/19/2020) | View <br> Add to request |
| 46 | 06/08/2020 | ORDER granting in part and reserved in part 44 Motion for Protective Order as more fully set forth herein. Signed by Honorable Scott L. Palk on 6/8/2020. (md) (Entered: 06/08/2020) | View <br> Add to request |
| 45 | 06/04/2020 | ORDER re 38 MOTION for Order Conditionally Certifying Collective Action and Authorizing Notice and Incorporated Brief in Support filed by David M Oates. Plaintiffs request for expedited considerationof his Motion for Conditional Certification and Notice is DENIED as more fully set forth herein. Signed by Honorable Scott L. Palk on 6/4/2020. (md) (Entered: 06/04/2020) | View <br> Add to request |
| 44 | 06/02/2020 | MOTION for Protective Order Temp Staying Discovery by Kinder Morgan Energy Partners LP. (Exhibits: # 1 Plaintiff's First RFP to Kinder Morgan, # 2 Plaintiff's First Interrogs to Kinder Morgan, # 3 Declaration of Jessica Craft, # 4 Proposed Order)(Jordan, David) (Entered: 06/02/2020) | View <br> Add to request |
| 43 | 06/02/2020 | MOTION to Compel Production of Unredacted Notices of Consent by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit 1, Declaration, # 2 Proposed Order)(Jordan, David) (Entered: 06/02/2020) | View <br> Add to request |
| 42 | 06/02/2020 | MOTION to Compel Arbitration Against David Oates and Lucien Boutte and Brief in Support Thereof by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit 1 - Declaration of Gabrielle Butler with Attachments, # 2 Exhibit 2 - Declaration of Kris Wattinger with Attachments, # 3 Attachment Proposed Order)(Jordon, David) (Entered: 06/02/2020) | View <br> Add to request |
| 41 | 06/02/2020 | ORDER granting 40 Motion to Appear Pro Hac Vice of Rachel Cowen. Signed by Honorable Scott L. Palk on 6/2/2020. (md) (Entered: 06/02/2020) | View <br> Add to request |
| 40 | 06/02/2020 | MOTION for Leave to Appear Pro Hac Vice for Rachel Cowen Filing fee $ 50, receipt number 1087-3164899 by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 - Request for Admission Pro Hac Vice)(DeMuro, Paul) (Entered: 06/02/2020) | View <br> Add to request |
| 39 | 06/02/2020 | DISCLOSURE STATEMENT - CORPORATE by Cleveland Integrity Services, Inc.. (DeMuro, Paul) (Entered: 06/02/2020) | View <br> Add to request |
| 38 | 06/01/2020 | MOTION for Order Conditionally Certifying Collective Action and Authorizing Notice and Incorporated Brief in Support by All Plaintiffs. (Attachments: # 1 Exhibit 1 - Proposed Notice and Consent Forms, # 2 Exhibit 2 - David M. Oates Declaration, # 3 Exhibit 3 - Anissa Mechling Declaration, # 4 Exhibit 4 - David Beall Declaration, # 5 Exhibit 5 - Kenneth Knapp Declaration, # 6 Exhibit 6 - Mark McMahan Declaration, # 7 Exhibit 7 - Robert Asch Declaration, # 8 Exhibit 8 - Josef Ricketts Declaration, # 9 Exhibit 9 - Dyck v. Precision Drilling Order, # 10 Attachment Proposed Order)(Burke, Michael) (Entered: 06/01/2020) | View <br> Add to request |
| 37 | 06/01/2020 | MOTION to Intervene by Cleveland Integrity Services, Inc.. (Attachments: # 1 Exhibit 1 - Frye Declaration, # 2 Exhibit 2 - Snow Intervention, # 3 Exhibit 3 - Robertson Intervention, # 4 Exhibit 4 - Snow Arbitration, # 5 Exhibit 5 - Motion to Compel)(DeMuro, Paul) (Entered: 06/01/2020) | View <br> Add to request |
| 36 | 06/01/2020 | STRICKEN MOTION to Intervene by Cleveland Integrity Services, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(DeMuro, Paul) Pursuant to Notice from the Court on 6/1/2020 (md). (Entered: 06/01/2020) | View <br> Add to request |

Back to top

✨ CoCounsel

| | | | |
|---|---|---|---|
| 35 | 06/01/2020 | ENTRY of Appearance by Paul DeMuro on behalf of Cleveland Integrity Services, Inc. (DeMuro, Paul) (Entered: 06/01/2020) | View / Add to request |
| | 06/01/2020 | NOTICE FROM THE COURT 36 MOTION to Intervene STRICKEN due to Counsel's failure to comply with ECF Policies & Procedures Manual, Section II.A.4.a. (md) (Entered: 06/01/2020) | Send Runner to Court |
| 34 | 05/27/2020 | NOTICE (other) by David M Oates Filing Notice of Consent (Attachments: # 1 Exhibit 1 Consent Forms)(Josephson, Michael) (Entered: 05/27/2020) | View / Add to request |
| 33 | 05/16/2020 | NOTICE (other) by David M Oates Filing Notice of Consent (Attachments: # 1 Exhibit 1 Consent Form)(Josephson, Michael) (Entered: 05/16/2020) | View / Add to request |
| 32 | 05/14/2020 | ORDER denying 31 Motion to Stay Case as more fully set forth herein. Signed by Honorable Scott L. Palk on 5/14/2020. (md) (Entered: 05/14/2020) | View / Add to request |
| 31 | 05/13/2020 | JOINT MOTION to Stay Case Pending Mediation by David M Oates. (Josephson, Michael) (Entered: 05/13/2020) | View / Add to request |
| 30 | 05/12/2020 | NOTICE (other) by David M Oates of Filing Notice of Consent of Anissa Mechling (Josephson, Michael) (Entered: 05/12/2020) | View / Add to request |
| 29 | 05/08/2020 | NOTICE (other) by David M Oates Filing Notice of Consent (Josephson, Michael) (Entered: 05/08/2020) | View / Add to request |
| 28 | 04/17/2020 | NOTICE (other) by David M Oates Filing Notice of Consent (Josephson, Michael) (Entered: 04/17/2020) | View / Add to request |
| 27 | 04/09/2020 | NOTICE (other) by David M Oates Filing Notice of Consent (Josephson, Michael) (Entered: 04/09/2020) | View / Add to request |
| 26 | 04/06/2020 | NOTICE (other) by David M Oates of Notice of Filing Consents (Josephson, Michael) (Entered: 04/06/2020) | View / Add to request |
| 25 | 04/02/2020 | NOTICE (other) by David M Oates of Filing Notice of Consents (Josephson, Michael) (Entered: 04/02/2020) | View / Add to request |
| 24 | 04/01/2020 | NOTICE (other) by David M Oates of Filing Notice of Consent (Josephson, Michael) (Entered: 04/01/2020) | View / Add to request |
| 23 | 03/30/2020 | SCHEDULING ORDER : In accordance with General Order 20-5, the Status/Scheduling Conference set for April 2, 2020, is herebySTRICKEN and the following deadlines are set by the Court: Motions to join due 4/29/2020; Motions to amend due 4/29/2020; Pla expert witness list and expert reports due 2/1/21; Dft expert witness list and expert reports due 2/15/21; Pla witness list due 2/1/21; Dft witness list due 2/15/21; Pla exhibit list due 2/22/21; Dft exhibit list due 3/1/21; Stipulations due 4/1/2021; Motions in limine due 4/1/2021; Jury instructions due 4/1/2021; Voir dire requests due 4/1/2021; Trial briefs due 4/1/2021; Discovery due by 4/1/2021. Jury Trial set for 5/11/2021 09:30 AM in Courtroom 304 before Honorable Scott L. Palk. Motions due by 2/1/2021. Pretrial Report due by 4/1/2021.. Signed by Honorable Scott L. Palk on 3/30/2020. (md) (Entered: 03/30/2020) | View / Add to request |
| 22 | 03/26/2020 | JOINT STATUS REPORT AND DISCOVERY PLAN by Defendant Kinder Morgan Energy Partners LP. (Jordan, David) (Entered: 03/26/2020) | View / Add to request |

| # | Date | Description | |
|---|---|---|---|
| 21 | 03/26/2020 | ORDER granting 20 Motion to Appear Pro Hac Vice of Michael K. Burke. Signed by Honorable Scott L. Palk on 3/26/2020. (md) (Entered: 03/26/2020) | View / Add to request |
| 20 | 03/25/2020 | MOTION for Leave to Appear Pro Hac Vice Michael K. Burke Filing fee $ 50, receipt number 1087-3126515 by David M Oates. (Attachments: # 1 Exhibit 1 - Michael K. Burke Request for Admission Pro Hac Vice, # 2 Exhibit 2 - Court Admittance, # 3 Attachment Certificate of Good Standing, # 4 Attachment Proposed Order)(Burch, Richard) (Entered: 03/25/2020) | View / Add to request |
| 19 | 03/25/2020 | ENTRY of Appearance by Richard J Burch on behalf of David M Oates (Burch, Richard) (Entered: 03/25/2020) | View / Add to request |
| 18 | 02/19/2020 | ENTRY of Appearance by Michael A Josephson on behalf of David M Oates (Josephson, Michael) (Entered: 02/19/2020) | View / Add to request |
| 17 | 02/18/2020 | NOTICE (other) by David M Oates of Filing Notice of Consent (Josephson, Michael) (Entered: 02/18/2020) | View / Add to request |
| 16 | 02/18/2020 | NOTICE (other) by David M Oates of Filing Notice of Consent (Josephson, Michael) (Entered: 02/18/2020) | View / Add to request |
| 15 | 02/18/2020 | ENTRY of Appearance by Michael Burrage on behalf of David M Oates (Burrage, Michael) (Entered: 02/18/2020) | View / Add to request |
| 14 | 02/14/2020 | STATUS/SCHEDULING CONFERENCE DOCKET : Scheduling Conference set for 4/2/2020 09:15 AM in Chambers before Honorable Scott L. Palk. Status Report due by 3/26/2020. (md) (Entered: 02/14/2020) | View / Add to request |
| 13 | 02/13/2020 | DISCLOSURE STATEMENT - CORPORATE by All Defendants. (Jordan, David) (Entered: 02/13/2020) | View / Add to request |
| 12 | 01/31/2020 | ANSWER to Complaint by Kinder Morgan Energy Partners LP.(Jordan, David) (Entered: 01/31/2020) | View / Add to request |
| 11 | 01/31/2020 | ENTRY of Appearance by David B Jordan on behalf of Kinder Morgan Energy Partners LP (Jordan, David) (Entered: 01/31/2020) | View / Add to request |
| 10 | 01/31/2020 | ORDER granting 9 Motion to Appear Pro Hac Vice of David B. Jordan. Signed by Honorable Scott L. Palk on 1/31/20. (md) (Entered: 01/31/2020) | View / Add to request |
| 9 | 01/30/2020 | MOTION for Leave to Appear Pro Hac Vice re David B Jordan Filing fee $ 50, receipt number 1087-3085755 by Kinder Morgan Energy Partners LP. (Attachments: # 1 Exhibit A - Request for Admission Pro Hac Vice by David B Jordan)(Thrutchley, Christopher) (Entered: 01/30/2020) | View / Add to request |
| 8 | 01/13/2020 | ORDER granting 5 Motion for Extension of Time to Answer Kinder Morgan Energy Partners LP answer due 1/31/2020.. Signed by Honorable Scott L. Palk on 1/13/2020. (md) (Entered: 01/13/2020) | View / Add to request |
| 7 | 01/10/2020 | SUMMONS Returned Executed by David M Oates. David M Oates served on 12/19/2019. (Dunlap, Andrew) (Entered: 01/10/2020) | View / Add to request |
| 6 | 01/10/2020 | NOTICE (other) by David M Oates of Filing Notice of Consents (Josephson, Michael) (Entered: 01/10/2020) | View / Add to request |
| 5 | 01/10/2020 | UNOPPOSED MOTION for Extension of Time to File Answer re 1 Complaint [Defendant's Unopposed Motion to Extend Deadline to Answer or Otherwise Res... | |

Back to top

CoCounsel

Case 5:22-cv-00485-PRW    Document 35-2    Filed 07/22/25    Page 18 of 18

| | | | |
|---|---|---|---|
| | | Original Complaint] by Kinder Morgan Energy Partners LP. (Thrutchley, Christopher) (Entered: 01/10/2020) | View <br> Add to request |
| 4 | 01/10/2020 | ENTRY of Appearance by Gerard M D'Emilio on behalf of Kinder Morgan Energy Partners LP (D'Emilio, Gerard) (Entered: 01/10/2020) | View <br> Add to request |
| 3 | 01/10/2020 | ENTRY of Appearance by Christopher S Thrutchley on behalf of Kinder Morgan Energy Partners LP (Thrutchley, Christopher) (Entered: 01/10/2020) | View <br> Add to request |
| | 12/30/2019 | PAYMENT FOR A CIVIL CASE 5:19-cv-01171-SLP Filing fee $ 400, receipt number 1087-3064211. (Josephson, Michael) (Entered: 12/30/2019) | Send Runner to Court |
| 2 | 12/19/2019 | Summons Issued Electronically as to Kinder Morgan Energy Partners LP. (rb) (Entered: 12/19/2019) | View <br> Add to request |
| 1 | 12/18/2019 | COMPLAINT against Kinder Morgan Energy Partners LP filed by David M Oates. (Attachments: # 1 Exhibit 1 - Consent, # 2 Civil Cover Sheet)(rb) (Entered: 12/19/2019) | View <br> Add to request |

To order copies of any documents listed above, contact Court Express
courtexpress@thomsonreuters.com, 1-877-362-7387 (Additional charges apply)

---

End of Document	© 2025 Thomson Reuters. No claim to original U.S. Government Works.

Contact us  •  Live chat  •  Training and support  •  Improve Westlaw Precision/Report an error  •  Transfer My Data  •  Pricing guide  •  Search Tips  •  Sign out



1-800-REF-ATTY (1-800-733-2889)

Westlaw Precision.  © 2025 Thomson Reuters    Accessibility  •  Privacy  •  Supplier terms	Thomson Reuters is not providing professional advice

Back to top

