IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER GUTHRIE and SHANE NORTH, Each individually and on Behalf of All Other Similarly Situated, ) ) ) ) ) | |
| Plaintiffs, ) | Case No. CIV-22-485-PRW |
| v. ) ) | |
| SMART OILFIELD SOLUTIONS, LLC, ) ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Leave of Court to File Settlement Agreement Under Seal and Redact Motion to Approve Settlement (Dkt. 33) and Defendant's Supplement to Motion for Leave of Court to File Settlement Agreement Under Seal and Redact Motion to Approve Settlement (Dkt. 35). While the parties state they have reached a settlement agreement and wish to submit it for the Court's approval, they have requested leave to file the agreement under seal and redact the related motion to approve the agreement.

The Court finds that Defendant has satisfactorily demonstrated a need to file its settlement agreement under seal and to redact its motion to approve settlement. Notably, Defendant has convincingly demonstrated that the policy goals of the FLSA would likely not be frustrated by the lack of public access to settlement information since only two

1

potential plaintiffs opted in during the notice period following conditional certification.[1] Further, Defendant contends any pre-suit claims for similar violations of the FLSA would be time-barred by the law's statute of limitation, diminishing the public benefit in accessing the settlement information.[2] When considering the limited benefit to the public in accessing this particular settlement agreement, the Court finds that it would not outweigh the diminution of privacy on the part of the four plaintiffs whose wage information will be revealed.[3]

Upon review of the filing, and in accordance with Local Civil Rule 5.2.2, the Motion (Dkt. 33) is **GRANTED**. The parties may file the settlement agreement under seal and may submit a redacted motion to approve the settlement.

**IT IS SO ORDERED** this 23rd day of July 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] Def.'s Supp. (Dkt. 35), at 5.

[2] *Id.* at 6.

[3] *Id.* at 7.