## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| CHRISTOPHER GUTHRIE and SHANE NORTH, Each Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. CIV-22-485-PRW |
| SMART OILFIELD SOLUTIONS, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Joint Motion for Settlement Approval (Dkt. 37). Upon review, the Court finds that the parties' settlement agreement provides a fair and equitable resolution to a bona fide dispute. Specifically, the parties have a bona fide dispute as to whether Plaintiffs are exempt from the FLSA's minimum wage and overtime requirements pursuant to the executive and administrative exemption.[1] The settlement reached between the parties is fair and reasonable to all parties and was negotiated at arms-length with the assistance of qualified wage and hour counsel. Accordingly, the Court **GRANTS** the Motion (Dkt. 37) and approves in its entirety the Settlement Agreement (Dkt. 38).

Plaintiffs' claims are deemed released pursuant to the Settlement Agreement (Dkt. 38) and are thus **DISMISSED WITH PREJUDICE**. All payments described in the

---

[1] 29 U.S.C. § 213(a)(1).

Settlement Agreement (Dkt. 38) are hereby approved and must be distributed in accordance with the terms therein.

The Court retains jurisdiction over this action for purposes of enforcing the Settlement Agreement (Dkt. 38) should any dispute arise as to the terms of the Agreement or any party's failure to perform in accordance with the Agreement. A final judgment shall issue.

**IT IS SO ORDERED** this 13th day of August 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE