IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER GUTHRIE and SHANE NORTH, Each Individually and on Behalf of All Others Similarly Situated, )
)
)
Plaintiffs, )
)
v. ) Case No. CIV-22-485-PRW
)
SMART OILFIELD SOLUTIONS, LLC, )
)
Defendant. )

## JUDGMENT

In accordance with the Court's Order entered this date, this action is **DISMISSED WITH PREJUDICE.** The Court retains jurisdiction to enforce the parties' settlement agreement as set forth in the Court's August 13, 2025 Order.

**IT IS SO ORDERED** this 13th day of August 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE